| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  HEATHER MARDEL JONES<br>   Assistant United States Attorney<br>3  2500 Tulare Street, Suite 4401<br>   Fresno, CA 93721<br>4  Telephone: (559) 497-4000<br>   Facsimile: (559) 497-4099 | **FILED**<br>FEB 2 2 2013<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br><br>APPROXIMATELY $9,815.00 IN U.S. CURRENCY,<br><br>           Defendant. | CASE NO. 1:13-CV-00145-LJO-SKO<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on January 30, 2012, in the United States District Court for the Eastern District of California, alleging that approximately $9,815.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

   And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Christen L.

Order Regarding Clerk's Issuance of            1
Warrant For Arrest of Articles *In Rem*

Brook, there is probable cause to believe that the defendant currency, so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 2/22/13

*/s/ Barbara A. McAuliffe*
BARBARA A. McAULIFFE
United States Magistrate Judge

Order Regarding Clerk's Issuance of Warrant For Arrest of Articles *In Rem*

2