BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $9,815.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 1:13-CV-00145-LJO-SKO<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' Ex Parte Motion for Default Judgment filed May 22, 2013.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  The time for objecting to the Findings and Recommendations of the Magistrate has passed and no timely objections have been filed.  An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on July 23, 2013.  Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Ex Parte Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's June 19, 2013 Findings and Recommendations in full.

2. David Medina is held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $9,815.00 in U.S. Currency (hereafter "defendant currency"), and all potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title, and interest of David Medina.

5. All parties shall bear their own costs and attorney's fees.

6. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **November 13, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE